UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KACY DEAN OVERSTREET,

    Plaintiff,

v.                                                              Case No. 8:13-cv-00223-T-27EAJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 18) from the Magistrate Judge recommending that the decision of the Commissioner be affirmed. No objections have been filed, and the time for filing such objections has now elapsed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Objections must "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see Leatherwood v. Anna's Linens Co.*, 384 Fed. Appx. 853, 857 (11th Cir. 2010). In the absence of specific objections, there is no requirement that findings be reviewed *de novo. Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Nevertheless, the district court reviews the report and recommendation for "clear error" even in the absence of objections. *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006). Even if no objections to the findings or recommendations have been filed, the district court may "undertake 'further review . . ., *sua sponte*

1

or at the request of a party, under a *de novo* or any other standard." *Stephens v. Tolbert*, 471 F.3d 1173, 1176 (11 th Cir. 2006) (quoting *Thomas v. Arn*, 474 U.S. 140, 154 (1985)).

After a thorough review, the Magistrate Judge did not commit clear error in her decision. Accordingly, the Report and Recommendation (Dkt. 18) is **APPROVED** and **ADOPTED** in full and for all purposes, including for appellate review. The decision of the Commissioner is **AFFIRMED**. The Clerk is directed to **ENTER** final judgment in favor of Defendant, and to **CLOSE** the file.

**DONE AND ORDERED** this __19th__ day of February, 2014.

                                    JAMES D. WHITTEMORE
                                    United States District Judge

Copies to: Counsel of record